**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CHRISTIAN SHATTO,**

        **Plaintiff,**

**-vs-**                                      **Case No. 6:09-cv-826-Orl-22GJK**

**G & H PEST CONTROL and MARK HATCH,**

        **Defendants.**

_____

## ORDER

This cause is before the Court on the Second Amended Joint Motion for Approval of FLSA Amended Settlement Agreement (Doc. No. 36) filed on April 2, 2010.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, and noting that the parties filed a Joint Notice of Non-Objection (Doc. No. 38), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed April 5, 2010 (Doc. No. 37) is ADOPTED and CONFIRMED and made a part of this Order.

2. The Second Amended Joint Motion for Approval of FLSA Amended Settlement Agreement (Doc. No. 36) is GRANTED to the extent the court finds the parties' settlement is fair and reasonable.

3. This case is DISMISSED WITH PREJUDICE.

4. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on April 6, 2010.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge